# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| versus | : | CRIMINAL NO. 23-95-SDD-RLB |
| | : | |
| CARLOS ARMANDO CARDOZA-VAZQUEZ | : | |
| | : | |

## NOTICE OF DEFENDANT'S INTENT TO PLEAD GUILTY

NOW INTO COURT comes the United States of America through Ronald C. Gathe, Jr., United States Attorney for the Middle District of Louisiana, by Paul L. Pugliese, Assistant United States Attorney, and respectfully represents that the defendant herein, CARLOS ARMANDO CARDOZA-VAZQUEZ, has advised the United States of his intent to plead guilty as charged.  The United States therefore requests that the Court conduct a re-arraignment pursuant to Rule 11 of the Federal Rules of Criminal Procedure.  The parties concur that this Notice obviates the need for a trial and interrupts the Speedy Trial Clock pursuant to 18 U.S.C. § 3161(h)(1)(D).  See United States v. Dignam, 716 F.3d 915, 924-25 (5th Cir. 2013).

Dated and submitted this 27th day of November, 2023, at Baton Rouge, Louisiana.

UNITED STATES OF AMERICA, by

RONALD C. GATHE, JR.
UNITED STATES ATTORNEY

/s/ Paul L. Pugliese
Paul L. Pugliese, FLBN 717370
Assistant United States Attorney
777 Florida Street, Suite 208
Baton Rouge, Louisiana  70801
Telephone: (225) 389-0443
Fax: (225) 389-0561
E-mail: paul.pugliese@usdoj.gov